# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JORGE LUIS RAMOS GARCIA,

      Petitioner,

v.                                Case No. 1:26-cv-01396 KWR-SCY

WARDEN, Torrance County Detention Facility,
ACTING DIRECTOR, Acting Director
Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department
Of Homeland Security; AND TODD BLANCHE,
*Acting* U.S. Attorney General,

      Respondents.

## **ORDER FOR SUPPLEMENTAL BRIEFING**

THIS MATTER comes before the Court *sua sponte*. Upon review of the online ICE custody locator, it appears Petitioner is no longer in custody. Moreover, it appears Petitioner's removal proceedings were terminated.  If Petitioner is no longer in custody, his habeas petition may be moot. Therefore, the Court directs Respondents to notify the Court whether Petitioner is in custody within **seven (7) days** of the entry of this order.

      **IT IS SO ORDERED.**

                          /S/
                          KEA W. RIGGS
                          UNITED STATES DISTRICT JUDGE